**MEMO ENDORSED**



225 Broadway, Suite 1405
New York, New York 10007
T: (212) 385 0066  F: (212) 385 2117
www.dsblawny.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __2/18/2020__

William J. Dealy (1946-2012)
Milo Silberstein
Marc D. Braverman
Laurence J. Lebowitz

Maria Louisa Bianco
Amanda E. Maguire
Alexandra R. Elias

Jack Weinberg
Albert J. Soler
Of Counsel

February 18, 2020

<u>**VIA ECF**</u>

Hon. Valerie E. Caproni, U.S.D.J.
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

      Re: <u>**Reyes, et al. v. Gracefully, Inc., et al.**</u>
        **Case No.: 17-cv-9328 (VEC)**

Dear Judge Caproni:

  This firm represents Gracefully Inc., Foodex LLC, Foodmood LLC, Victuals, LLC, Joel Dancyger and Grace Dancyger, the Defendants in the above-referenced matter. This letter is written with the consent of Plaintiff's counsel.

  Per Your Honor's Order dated February 10, 2020, the parties were directed to file a revised settlement agreement in accordance with the Order by Thursday, February 20, 2020 or appear for a conference on Friday, February 21, 2020. The parties intend to file a revised settlement agreement for Your Honor's review and approval. However, the parties respectfully request a two (2) week extension of time to do so to allow the parties to finalize the revisions and execute the agreement.

Application GRANTED. The parties must submit a revised settlement agreement by **March 5, 2020,** or appear for a conference on **March 6, 2020 at 10:00 a.m.**

SO ORDERED.

*Valerie Caproni*   2/18/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

DEALY SILBERSTEIN &
BRAVERMAN, LLP

By:   /s/    
  Amanda E. Maguire

AM/bv
Cc: Counsel of Record (via ECF)