

| William Cafaro, Esq.<br>ADMITTED IN NY, CA, MD & TX<br>Email: bcafaro@cafaroesq.com<br><br>Amit Kumar, Esq.<br>Managing Attorney<br>ADMITTED IN NY & NJ<br>Email: akumar@cafaroesq.com | 108 West 39th Street, Suite 602<br>New York, New York 10018<br>Telephone: 212.583.7400<br>Facsimile: 212.583.7401<br>www.cafaroesq.com | Louis M. Leon, Esq.<br>Associate<br>ADMITTED IN NY<br>Email: lleon@cafaroesq.com<br><br>Andrew S. Buzin, Esq.<br>Of Counsel<br>ADMITTED IN NY, FL & DC |
|---|---|---|

March 4, 2020

*Via ECF*
Hon Valerie E. Caproni, U.S.D.J.
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

      Re: Reyes, et al v. Gracefully, Inc., et al
         Case No.: 17-Civ-9328 (VEC)

Your Honor:

  This firm represents the named Plaintiff Cresenciano Reyes as well as opt in plaintiff Luis Alberto, in the above referenced action. On February 10, 2020 the Court Ordered the Parties to edit the settlement agreement in order to edit the release language and the payment language. *See*, D.E. 42. The Parties fully executed settlement agreement complying with these edits is appended hereto as Exhibit 1. As the Parties have made the changes Ordered by the Court, it is requested that the Court find the new agreement fair and reasonable pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015).

  Thank you.

                Respectfully submitted,
                LAW OFFICES OF WILLIAM CAFARO

                _____
                By Amit Kumar (AK 0822)
                *Attorneys for Plaintiff*
                108 West 39th Street, Suite 602
                New York, New York 10018
                (212) 583-7400
                AKumar@CafaroEsq.com

CC:
Defense Counsel (via ECF)